UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAINT-MARTIN and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON PRICE,<br><br>Defendant. | No. 1:18-cv-00123-DAD-SKO<br><br>ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER |

On January 23, 2018, plaintiffs filed a complaint under 42 U.S.C. § 1983, alleging that emergency regulations recently enacted by the California State Hospital—Coalinga constitute a form of retaliation for the exercise of plaintiffs' First Amendment rights. (Doc. No. 1.) Plaintiffs also allege that the regulations violate their Fourteenth Amendment rights to be free from punitive conditions of confinement. (*Id.*) Plaintiffs then filed a motion for a temporary restraining order ("TRO") on January 25, 2018. (Doc. No. 4.) In the documents supporting the motion for a TRO, plaintiffs' counsel indicates defendant was advised of the complaint and the intent to seek a TRO on January 24, 2018 via e-mail and telephone. (Doc. No. 4-2 at 1–2.) Additionally, plaintiffs provided defendant with a copy of all papers filed in connection with this TRO via e-mail on the morning of January 25, 2018, and dispatched a process server to also serve a hard copy of these documents on defendant. (Doc. No. 4-2 at 2.)

| | |
|---|---|
| 1 | Given the above, the court sets a hearing on this matter before the undersigned for **2:00 p.m. on Friday, January 26, 2018.** in Courtroom Five, Seventh Floor of the United States District Court, 2500 Tulare Street, Fresno, California. The hearing will be conducted telephonically and the parties are directed to dial 877-402-9757 (access code 6966236) at 2:00 pm. Keep all background noise to a minimum. Use of any feature(s) that may have an impact upon the quality of voice transmission (such as speakerphones, headsets, etc.) are prohibited; use of a land line or hand held cell phone is required. Email Courtroom Deputy Renee Gaumnitz, at RGaumnitz@caed.uscourts.gov, to advise the court in advance of who will appearing. |

Plaintiffs are directed to serve a copy of this order on defendant. Defendant is instructed to file any opposition to plaintiffs' motion for a TRO by **Thursday, January 25, 2018**.

IT IS SO ORDERED.

Dated: **January 25, 2018**

_____
UNITED STATES DISTRICT JUDGE