| | |
|---|---|
| MICHAEL SAINT-MARTIN, et al., <br><br> Plaintiffs, <br> vs. <br> BRANDON PRICE, et al. <br><br> Defendants. | No. 1:18-cv-00123-DAD-SKO <br><br> ORDER DIRECTING THE CLERK TO TERMINATE PLAINTIFF JOHN DOE <br><br> (Doc. 38) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On March 19, 2019, the parties filed a stipulation of dismissal of all of the claims asserted by Plaintiff John Doe (Christian Williams), with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). (Doc. 38.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss . . . some or all of his claims" through a Rule 41(a)(1) notice or stipulation. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Plaintiff John Doe (Christian Williams) and his claims have been

1 | dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A); *Wilson*, 111 F.3d at 692. Accordingly, the Clerk of Court is directed to TERMINATE Plaintiff John Doe (Christian Williams).

This case shall remain OPEN pending resolution of remaining Plaintiff Michael Saint-Martin's claims against the defendants.

IT IS SO ORDERED.

Dated: **March 20, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE