UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAINT-MARTIN,<br><br>        Plaintiff,<br>vs.<br><br>BRANDON PRICE,<br><br>        Defendant. | No. 1:18-cv-00123-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 43) |

On April 24, 2019, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 43.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 25, 2019**            /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE